1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11
CALEB DUERR,                          NO. EDCV 25-1610-WLH (AGR)

12
                          Plaintiff,   ORDER ACCEPTING FINDINGS AND
13                                      RECOMMENDATIONS OF UNITED
                                        STATES MAGISTRATE JUDGE
14          v.

15
VERONICA KAUFMAN, Executive
16  Director; DR. BHUIYAN; JUDGE
    RANDALL WHITE; AND JUDGE
17  DOUGLAS PROUTY,

18                        Defendants.

19

20      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records

21  on file, the Report and Recommendation of the United States Magistrate Judge

22  ("Report").  No objections to the Report have been filed. The Court accepts the

23  findings and recommendation of the Report.

24      IT IS ORDERED as follows:

25      (1) All claims against Judge White and Judge Prouty are dismissed with

26  prejudice and without leave to amend;

27      (2) All claims against Veronica Kaufman are dismissed with leave to

28  amend; and

1

(3) Only the official capacity claims against Dr. Bhuiyan are dismissed without leave amend.

If Plaintiff does not file a First Amended Complaint, then the court will issue an Order for Service of the Complaint upon Dr. Bhuiyan in an individual capacity for violation of 42 U.S.C. § 1983 under Claim 1 only.

If Plaintiff chooses to file a First Amended Complaint, it shall be filed within 30-days from entry of this order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the prior complaints, attachments, pleadings or other documents.

The Clerk is DIRECTED to provide Plaintiff with a blank Central District of California civil rights complaint form.

The case is referred back to the magistrate judge for further proceedings.

DATED:  January 5, 2026

_____
            HON. WESLEY L. HSU
        United States District Judge