**JS-6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB DUERR,<br><br>                    Plaintiff,<br><br>        v.<br><br>VERONICA KAUFMAN, executive director; DR. BHUIYAN; JUDGE RANDALL WHITE; AND JUDGE DOUGLAS PROUTY,<br><br>                    Defendants. | NO. EDCV 25-1610-WLH (AGR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal without Prejudice,

IT IS ADJUDGED that judgment is entered for Defendants and this entire action is dismissed without prejudice for failure to prosecute.

DATED:  March 5, 2026

_____
HON.WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1